THE STATE OF NORTH DAKOTA, EX REL. THE CITY OF MINOT, A MUNICIPAL CORPORATION; SAM CLARK AND GEORGE L. MORROW, RESIDENTS AND TAXPAYERS OF THE CITY OF MINOT, v. C. C. C. WILLIS, A. J. DELANCE, RALPH ABBOTT, S. H. ELLIOTT, R. H. EMERSON, AS THE BOARD OF COUNTY COMMISSIONERS WITHIN AND FOR WARD COUNTY, NORTH DAKOTA.

Opinion filed November 19, 1908.

Appeal from District Court, Ward county; *Goss, J.*

Action by the State, on the relation of City of Minot and others. Judgment for defendant, and plaintiffs appeal.

Affirmed.

*Robert H. Bosard,* for appellants. *George A. McGee* and *James Johnson,* for respondents.

PER CURIAM. Following the case of State ex rel. City of Minot v. Willis, 18 N. D. 77, 118 N. W. 820, (decided this day), the judgment appealed from is affirmed.

(118 N. W. 823.)

---

THE STATE OF NORTH DAKOTA, EX REL. THE CITY OF MINOT, A MUNICIPAL CORPORATION; SAM CLARK AND GEORGE L. MORROW, RESIDENTS AND TAXPAYERS OF THE CITY OF MINOT v. C. C. C. WILLIS, A. J. DELANCE, RALPH ABBOTT, S. H. ELLIOTT, R. H. EMERSON, AS THE BOARD OF COUNTY COMMISSIONERS WITHIN AND FOR WARD COUNTY, NORTH DAKOTA.

Opinion filed November 19, 1908.

**Municipal Corporations — Segregation of Territory — Estoppel — Acquiescence.**

Under the facts stated in the opinion, *held,* that the city of Minot is estopped by its long acquiescence from questioning the validity of the method adopted by the council in attempting to segregate certain territory from its corporate limits.

Appeal from District Court, Ward county; *Goss, J.*

Action by the State, on the relation of the City of Minot and others, against C. C. C. Willis and others, county commissioners. Judgment for defendants, and plaintiffs appeal.